UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TODD L. MYERS, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No. 18-12569-ADB |
| v. | ) <br> ) |
| US DEPARTMENT OF JUSTICE, et al., | ) <br> ) |
| Defendants. | ) |

### ORDER RE FAILURE TO SERVE

BURROUGHS, D.J.

Now before the Court is plaintiff's pleading titled "Objection to this Court's Failure to Provide Due Process." *See* ECF No. 30. Plaintiff complains, among other things, that the defendants "have not even deemed a reply necessary." *Id.* at ¶ 6.

The Court's records indicate that the complaint in this action was filed on December 17, 2018 and summonses were issued on December 18, 2018. Federal Rule of Civil Procedure 4(m) gives the plaintiff 90 days after the complaint is filed to achieve service of process. To serve a United States agency, a party must serve the United States and also send a copy of the summons and complaint by registered or certified mail to the agency. Fed. R. Civ. P. 4(1)(2). To serve the United States, a party must (1) deliver a copy of the summons and complaint to the "United States attorney for the district where the action is brought," or to an assistant United States attorney or clerical employee whom the United States attorney designates in writing filed with the court clerk, or "send a copy [of the summons and complaint] by registered or certified mail to the civil-process clerk at the United States attorney's office," and (2) "send a copy of [the

1

summons and complaint] by registered or certified mail to the Attorney General of the United States at Washington, D.C." Fed. R. Civ. P. 4(i)(1)(A), (B). Proof of service must be made to the Court. Fed. R. Civ. P. 4(l).

Plaintiff filed evidence that he served, on December 20, 2018, copies of the summons by certified mail on an Assistant Attorney General for the U.S. Department of Justice and on the Office of General Counsel for the Federal Bureau of Investigation. *See* ECF Nos. 10, 11. On January 4, 2019, it appears he sent the same by Federal Express. *See* ECF No. 18. However, there is no evidence that plaintiff served copies of the complaint on the two defendant agencies. Moreover, there is no evidence that the U.S. Attorney General and the U.S. Attorney for the District of Massachusetts have been served with copies of the summons and complaint.

Based upon the foregoing, it is hereby ORDERED that the time limit to effect service of the summonses and complaint upon the defendants is enlarged to a date 60-days from the date of this Order. The Clerk shall reissue summonses for defendants U.S. Department of Justice and Federal Bureau of Investigation.

**SO ORDERED.**

                                                         /s/ Allison D. Burroughs
                                                       Allison D. Burroughs
                                                       United States District Judge

Dated: August 9, 2019